| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 20-12280-PMM**

Christopher Anthony Speelman
Ashley Elizabeth Speelman
472 society hill circle
Mountville  PA    17554

Petition Filed Date: 05/12/2020
341 Hearing Date: 06/23/2020
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/01/2020 | $143.08 | | 06/12/2020 | $143.08 | | 06/26/2020 | $143.08 | |
| 07/10/2020 | $143.08 | | 07/24/2020 | $143.08 | | 08/07/2020 | $143.08 | |

**Total Receipts for the Period:  $858.48    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $858.48**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $858.48 | Current Monthly Payment: | $310.00 |
| Paid to Claims: | $0.00 | Arrearages: | $71.52 |
| Paid to Trustee: | $85.86 | Total Plan Base: | $11,160.00 |
| Funds on Hand: | $772.62 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.