UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Christopher Anthony Speelman<br>    Ashley Elizabeth Speelman<br><br>              Debtors | Chapter 13<br>Bankruptcy No.20-12280-PMM |

### CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 18th day of August, 2020, by first class mail upon those listed below:

Christopher Anthony Speelman
Ashley Elizabeth Speelman
472 society hill circle
Mountville, PA  17554

**Electronically via CM/ECF System Only:**

BRIAN C EVES ESQ
P O BOX 0713
NEW HOPE, PA  18938-0713

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee