**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ; | Chapter 13 |
| | ; | |
| **Christopher Anthony Speelman** | ; | |
| **Ashley Elizabeth Speelman** | ; | 20- 12280-pmm |
| Debtors | ; | |

## CERTIFICATE OF SERVICE- FIRST AMENDED CHAPTER 13 PLAN

I, Brian C. Eves, Esquire, hereby certify that a copy of above-captioned Debtors' First Amended Chapter 13 Plan with respect to the above-captioned bankruptcy case was served via Electronic Filing (ECF) on October 12, 2020, upon the following:

**20-12280-pmm Notice will be electronically mailed to:**

STEVEN J. ADAMS on behalf of Creditor MidAtlantic Farm Credit, ACA
sja@stevenslee.com, dda@stevenslee.com

BRIAN C. EVES on behalf of Debtor Christopher Anthony Speelman
BrianEvesLaw@gmail.com

BRIAN C. EVES on behalf of Joint Debtor Ashley Elizabeth Speelman
BrianEvesLaw@gmail.com

REBECCA ANN SOLARZ on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

DATED:    October 12, 2020          By:   /s/ Brian C.Eves
                                             Brian C. Eves, Esquire
                                             Attorney for Debtors
                                             (215) 200-6389
                                             3805 Old Easton Rd
                                             Doylestown, PA 18938
                                             PA ID:  92705