**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | ; | Chapter 13 |
|---|---|---|
| | ; | |
| Christopher Anthony Speelman | ; | |
| Ashley Elizabeth Speelman | ; | 20- 12280-pmm |
| Debtors | ; | |

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE
WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325(a)(8) AND (a)(9)**

I, Brian C. Eves, Esq., upon my oath and according to law, hereby certify as follows in connection with the confirmation hearing scheduled for November 19, 2020, in the above-referenced case:

1. The above-named debtors will be able to make all payments under the plan and to comply with the plan.

2. The above-named debtors have paid all post -petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtors has filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtor, counsel certifies that debtor was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

Date:  11/16/2020            By: /s/  Brian C. Eves, Esq
                                              Counsel for Debtor
                                              PA Bar ID 92705
                                              3805 Old Easton Rd
                                              Doylestown, PA 18902
                                              215-200-6389