## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ; | Chapter 13 |
| | ; | |
| Christopher Anthony Speelman | ; | |
| Ashley Elizabeth Speelman | ; | 20- 12280-pmm |
| Debtors | ; | |

**CERTIFICATION OF NO OBJECTION TO THE FIRST APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR DEBTOR'S COUNSEL FOR THE PERIOD OF MAYY 1, 2020 THROUGH NOVEMBER 19, 2020**

I, Brian C. Eves, Esquire, hereby certify that a copy of the Notice of the First Application for Compensation and Reimbursement of expenses for Debtors' Counsel Brian C. Eves, Esquire, for the period of January 6, 2020 through October 21, 2020 (the "Fee Application", Docket No.35), was served on November 23, 2020, upon the Office of the U.S. Trustee, all parties filing an entry of appearance and requests for notice pursuant to Fed.R.Bankr.P. 2002, all creditors and other interested parties. No objection or other responsive pleading has been filed and that the time for serving and filing any such objection or other responsive pleading has expired.

WHEREFORE, Counsel to the Debtors respectfully requests that the Fee Application be approved.

Respectfully submitted,

DATED:    December 13, 2020    By:    /s/ Brian C. Eves
　　　　　　　　　　　　　　　　　　　Brian C. Eves, Esquire
　　　　　　　　　　　　　　　　　　　PA Bar ID 92705
　　　　　　　　　　　　　　　　　　　Attorney (Debtors)
　　　　　　　　　　　　　　　　　　　PO Box 0713
　　　　　　　　　　　　　　　　　　　New Hope, PA 18938
　　　　　　　　　　　　　　　　　　　(215) 200-6389