**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ; | |
| | ; | |
| Christopher Anthony Speelman | ; | |
| Ashley Elizabeth Speelman | ; | 20- 12280-pmm |
| Debtors | ; | |

**O R D E R**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtors' counsel Brian C. Eves ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,800.00.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant the outstanding unpaid balance of $2,800.00 ($1,000.00 having been paid to the Applicant prior to the filing). This amount may be paid by the chapter 13 Trustee, to the extent provided in the confirmed Plan.

**Date:** 12/14/20

_____

**Hon. Patricia M. Mayer**
**U.S. Bankruptcy Judge**