Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 20-12280-PMM**

Christopher Anthony Speelman  
Ashley Elizabeth Speelman  
472 society hill circle  
Mountville  PA    17554

Petition Filed Date: 05/12/2020  
341 Hearing Date: 06/23/2020  
Confirmation Date: 11/19/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/01/2020 | $143.08 | | 06/12/2020 | $143.08 | | 06/26/2020 | $143.08 | |
| 07/10/2020 | $143.08 | | 07/24/2020 | $143.08 | | 08/07/2020 | $143.08 | |
| 08/21/2020 | $143.08 | | 09/04/2020 | $143.08 | | 09/18/2020 | $143.08 | |
| 10/02/2020 | $143.08 | | 10/19/2020 | $143.08 | | 10/30/2020 | $143.08 | |
| 11/16/2020 | $237.00 | | 11/30/2020 | $237.00 | | 12/11/2020 | $237.00 | |
| 12/28/2020 | $237.00 | | 01/11/2021 | $237.00 | | 01/25/2021 | $237.00 | |
| 02/05/2021 | $237.00 | | 02/22/2021 | $237.00 | | 03/05/2021 | $237.00 | |
| 03/22/2021 | $237.00 | | 04/05/2021 | $237.00 | | 04/16/2021 | $237.00 | |
| 04/30/2021 | $237.00 | | 05/14/2021 | $237.00 | | 06/01/2021 | $237.00 | |

**Total Receipts for the Period:  $5,271.96     Amount Refunded to Debtor Since Filing:  $0.00     Total Receipts Since Filing: $5,271.96**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRIAN C EVES ESQ | Attorney Fees | $2,800.00 | $2,800.00 | $0.00 |
| 1 | DISCOVER BANK  »» 001 | Unsecured Creditors | $1,778.55 | $0.00 | $1,778.55 |
| 2 | CHASE BANK USA NA  »» 002 | Unsecured Creditors | $6,231.80 | $0.00 | $6,231.80 |
| 3 | CHASE BANK USA NA  »» 003 | Unsecured Creditors | $1,199.26 | $0.00 | $1,199.26 |
| 4 | MEMBERS 1ST FCU  »» 004 | Secured Creditors | $159.29 | $159.29 | $0.00 |
| 5 | US BANK NA  »» 005 | Unsecured Creditors | $3,104.15 | $0.00 | $3,104.15 |
| 6 | CITIBANK NA  »» 006 | Unsecured Creditors | $374.93 | $0.00 | $374.93 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES  »» 007 | Unsecured Creditors | $1,074.54 | $0.00 | $1,074.54 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES  »» 008 | Unsecured Creditors | $4,625.19 | $0.00 | $4,625.19 |
| 9 | PA HOUSING FINANCE AGENCY  »» 009 | Mortgage Arrears | $1,895.68 | $648.45 | $1,247.23 |
| 10 | PA DEPARTMENT OF REVENUE  »» 10U | Unsecured Creditors | $77.62 | $0.00 | $77.62 |
| 11 | PA DEPARTMENT OF REVENUE  »» 10P | Priority Crediors | $1,029.00 | $1,029.00 | $0.00 |

**Chapter 13 Case No. 20-12280-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,271.96 | Current Monthly Payment: | $474.00 |
| Paid to Claims: | $4,636.74 | Arrearages: | ($523.16) |
| Paid to Trustee: | $421.92 | Total Plan Base: | $16,598.80 |
| Funds on Hand: | $213.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.