| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-12280-PMM**

Christopher Anthony Speelman
Ashley Elizabeth Speelman
472 society hill circle
Mountville  PA    17554

Petition Filed Date: 05/12/2020
341 Hearing Date: 06/23/2020
Confirmation Date: 11/19/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $237.00 | | 04/16/2021 | $237.00 | | 04/30/2021 | $237.00 | |
| 05/14/2021 | $237.00 | | 06/01/2021 | $237.00 | | 06/11/2021 | $237.00 | |
| 06/28/2021 | $237.00 | | 07/12/2021 | $237.00 | | 07/26/2021 | $237.00 | |
| 08/06/2021 | $237.00 | | 08/23/2021 | $237.00 | | 09/07/2021 | $237.00 | |
| 09/17/2021 | $237.00 | | 10/01/2021 | $237.00 | | 10/18/2021 | $237.00 | |
| 10/29/2021 | $237.00 | | 11/16/2021 | $237.00 | | 11/29/2021 | $237.00 | |
| 12/10/2021 | $237.00 | | 12/28/2021 | $237.00 | | 01/07/2022 | $237.00 | |
| 01/24/2022 | $237.00 | | 02/04/2022 | $237.00 | | 02/22/2022 | $237.00 | |
| 03/04/2022 | $237.00 | | 03/21/2022 | $237.00 | | 04/04/2022 | $237.00 | |
| 04/18/2022 | $237.00 | | 04/29/2022 | $237.00 | | 05/13/2022 | $237.00 | |
| 05/31/2022 | $237.00 | | 06/10/2022 | $237.00 | | 06/27/2022 | $237.00 | |
| 07/12/2022 | $237.00 | | 07/25/2022 | $237.00 | | | | |

**Total Receipts for the Period: $8,295.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,381.96**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRIAN C EVES ESQ | Attorney Fees | $2,800.00 | $2,800.00 | $0.00 |
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $1,778.55 | $505.77 | $1,272.78 |
| 2 | CHASE BANK USA NA<br>»»  002 | Unsecured Creditors | $6,231.80 | $1,772.19 | $4,459.61 |
| 3 | CHASE BANK USA NA<br>»»  003 | Unsecured Creditors | $1,199.26 | $341.04 | $858.22 |
| 4 | MEMBERS 1ST FCU<br>»»  004 | Secured Creditors | $159.29 | $159.29 | $0.00 |
| 5 | US BANK NA<br>»»  005 | Unsecured Creditors | $3,104.15 | $882.76 | $2,221.39 |
| 6 | CITIBANK NA<br>»»  006 | Unsecured Creditors | $374.93 | $97.74 | $277.19 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  007 | Unsecured Creditors | $1,074.54 | $305.59 | $768.95 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  008 | Unsecured Creditors | $4,625.19 | $1,315.30 | $3,309.89 |
| 9 | PA HOUSING FINANCE AGENCY<br>»»  009 | Mortgage Arrears | $1,895.68 | $1,895.68 | $0.00 |
| 10 | PA DEPARTMENT OF REVENUE<br>»»  10U | Unsecured Creditors | $77.62 | $16.56 | $61.06 |

| 11 | PA DEPARTMENT OF REVENUE<br>»» 10P | Priority Crediors | $1,029.00 | $1,029.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,381.96 | Current Monthly Payment: | $474.00 |
| Paid to Claims: | $11,120.92 | Arrearages: | ($997.16) |
| Paid to Trustee: | $1,028.64 | Total Plan Base: | $16,598.80 |
| Funds on Hand: | $232.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.