Certificate Number: 02921-PAE-DE-037433732

Bankruptcy Case Number: 20-12280



02921-PAE-DE-037433732

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 16, 2023</u>, at <u>10:54</u> o'clock <u>AM CDT</u>, <u>Christopher Speelman</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   May 16, 2023              By:     /s/Laura Jones-Morales

                                  Name:   Laura Jones-Morales

                                  Title:  Credit Counselor