Certificate Number: 02921-PAE-DE-037433744

Bankruptcy Case Number: 20-12280



02921-PAE-DE-037433744

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on May 16, 2023, at 10:54 o'clock AM CDT, Ashley Speelman completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 16, 2023

By: /s/Laura Jones-Morales

Name: Laura Jones-Morales

Title: Credit Counselor