**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **Christopher Anthony Speelman** | : | **CHAPTER 13** |
| | **Ashley Elizabeth Speelman** | : | |
| | Debtors | : | |
| | | : | 20-12280-pmm |
| | | : | |
| | | : | |

**CHAPTER 13 DEBTORS' CERTIFICATION REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND 11 U.S.C.C 522(q)**

*Par I. Certification Regarding Domestic Support Obligations*

   Pursuant to 11 U.S.C. 1328(a), I certify that:

   <u>X</u>   I owed no domestic support obligations when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

   ___   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my Chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition today.

*Part II.  If you checked the second box, you must provide the information below.*

   My current address is:


   My current employer and my employer's address:

*Part III.  Certification Regarding 11 U.S.C. 522(q).*

Pursuant to U.S.C. 1328(h), I certify that:

X̲     I have not claimed an exemption pursuant to 11 U.S.C. 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. 522(p)(1), and (2) that exceeds the aggregate value allowed 11U.S.C. 522(q)(1), as amended.

___     I have claimed an exemption in property pursuant to 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. 522(p)(1), and (2) that exceeds the aggregate value allowed in 11 U.S.C. 522(q)(1), as amended.

We certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Date:  5/25/2023                                By: /s/  Christopher Speelman
                                                                                     Debtor

Date:  5/25/2023                                By: /s/  Ashley  Speelman
                                                                                     Debtor

Date:  5/25/2023                                By: /s/  Brian C Eves, Esq
                                                                                     Counsel for Debtors
PA Bar ID: 92705
3805 Old Easton Rd.
Doylestown, PA 18902
(215) 200-6389