United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-12280-pmm

Christopher Anthony Speelman     Chapter 13

Ashley Elizabeth Speelman

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Jun 02, 2023     Form ID: 138OBJ     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Anthony Speelman, Ashley Elizabeth Speelman, 472 society hill circle, Mountville, PA 17554-1031 |
| 14502225 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14502231 | + | Farm credit, 45 aileron ct, Westminister, MD 21157-3022 |
| 14502232 | + | Finance System Of Rich, 32 S 9th, Richmond, IN 47374-5504 |
| 14502238 | | MidAtlantic Farm Credit ACA, c/o Steven J. Adams Esquire, 111 N. Sixth Street, P.O. Box 679, Reading, PA 19603-0679 |
| 14502239 | + | Midatlantic Aca, 45 Aileron Court, Westminster, MD 21157-3022 |
| 14521222 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Rebecca Ann Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14502244 | + | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108-1006 |
| 14502245 | | Pennsylvania housing finance agency, P.o. box 13280, Philadelphia, PA 19101-3280 |
| 14502257 | + | Td Rcs/littman Jeweler, 1000 Mac Arthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 03 2023 00:16:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 03 2023 00:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14502226 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 03 2023 00:23:53 | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14519740 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2023 00:24:42 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14502227 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 03 2023 00:16:00 | Comenitycb/davidsbride, Po Box 182120, Columbus, OH 43218-2120 |
| 14505211 | | Email/Text: mrdiscen@discover.com | Jun 03 2023 00:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14502228 | + | Email/Text: mrdiscen@discover.com | Jun 03 2023 00:16:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14502230 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 03 2023 00:17:00 | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 14502233 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 03 2023 00:23:51 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14508028 | + | Email/Text: RASEBN@raslg.com | Jun 03 2023 00:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14509757 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2023 | Form ID: 138OBJ | Total Noticed: 38 |

| Recip ID | | Notice type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 03 2023 00:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14502235 | + | Email/Text: BKRMailOPS@weltman.com | Jun 03 2023 00:16:00 | Kay Jewelers, 375 Ghent Rd, Akron, OH 44333-4600 |
| 14502237 | + | Email/Text: unger@members1st.org | Jun 03 2023 00:17:00 | Members 1st F C U, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 14502240 | + | Email/Text: Bankruptcies@nragroup.com | Jun 03 2023 00:17:00 | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14519835 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2023 00:12:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14502242 | + | Email/Text: blegal@phfa.org | Jun 03 2023 00:17:00 | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14523036 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 03 2023 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14521574 | + | Email/Text: blegal@phfa.org | Jun 03 2023 00:17:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14502246 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2023 00:12:28 | Syncb/car Care Pep Boy, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14502248 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2023 00:24:25 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14502250 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2023 00:12:28 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 14502251 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2023 00:24:38 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14502253 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2023 00:24:23 | Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005 |
| 14502255 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2023 00:23:50 | Syncb/tjx Cos Dc, Po Box 965015, Orlando, FL 32896-5015 |
| 14502256 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 03 2023 00:17:00 | Tbom - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 14502258 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2023 00:24:39 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14502259 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 03 2023 00:17:00 | Transworld Sys Inc/51, Pob 15273, Wilmington, DE 19850-5273 |
| 14514284 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 03 2023 00:17:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14502229 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14502234 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14502236 | *+ | Kay Jewelers, 375 Ghent Rd, Akron, OH 44333-4600 |
| 14502241 | *+ | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14502243 | *+ | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14502247 | *+ | Syncb/car Care Pep Boy, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14502249 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14502252 | *+ | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2023 | Form ID: 138OBJ | Total Noticed: 38 |

14502254        *+         Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN C. EVES | on behalf of Debtor Christopher Anthony Speelman BrianEvesLaw@gmail.com |
| BRIAN C. EVES | on behalf of Joint Debtor Ashley Elizabeth Speelman BrianEvesLaw@gmail.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEVEN J. ADAMS | on behalf of Creditor MidAtlantic Farm Credit ACA sja@stevenslee.com, dda@stevenslee.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Christopher Anthony Speelman and
Ashley Elizabeth Speelman
        Debtor(s)                              Case No: 20−12280−pmm
                                                                               Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          United States Bankruptcy Court
          Office of the Clerk, Gateway Building
          201 Penn Street, 1st Floor
          Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/2/23