Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-12280-PMM**

Christopher Anthony Speelman  
Ashley Elizabeth Speelman  
472 society hill circle  
Mountville  PA    17554

Petition Filed Date: 05/12/2020  
341 Hearing Date: 06/23/2020  
Confirmation Date: 11/19/2020

Case Status: Completed on 3/31/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $237.00 | | 08/23/2022 | $237.00 | | 09/02/2022 | $237.00 | |
| 09/16/2022 | $237.00 | | 09/30/2022 | $237.00 | | 10/17/2022 | $237.00 | |
| 10/31/2022 | $237.00 | | 11/14/2022 | $237.00 | | 11/28/2022 | $237.00 | |
| 12/12/2022 | $237.00 | | 12/27/2022 | $237.00 | | 01/09/2023 | $237.00 | |
| 01/23/2023 | $237.00 | | 02/03/2023 | $237.00 | | 02/21/2023 | $237.00 | |
| 03/03/2023 | $237.00 | | 03/20/2023 | $237.00 | | 03/31/2023 | $237.00 | |
| 04/14/2023 | $237.00 | | | | | | | |

**Total Receipts for the Period: $4,503.00    Amount Refunded to Debtor Since Filing: $286.16    Total Receipts Since Filing: $16,884.96**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BRIAN C EVES ESQ | Attorney Fees | $2,800.00 | $2,800.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $1,778.55 | $900.47 | $878.08 |
| 2 | CHASE BANK USA NA<br>»» 002 | Unsecured Creditors | $6,231.80 | $3,155.18 | $3,076.62 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $1,199.26 | $607.18 | $592.08 |
| 4 | MEMBERS 1ST FCU<br>»» 004 | Secured Creditors | $159.29 | $159.29 | $0.00 |
| 5 | US BANK NA<br>»» 005 | Unsecured Creditors | $3,104.15 | $1,571.65 | $1,532.50 |
| 6 | CITIBANK NA<br>»» 006 | Unsecured Creditors | $374.93 | $189.81 | $185.12 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $1,074.54 | $544.05 | $530.49 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $4,625.19 | $2,341.75 | $2,283.44 |
| 9 | PA HOUSING FINANCE AGENCY<br>»» 009 | Mortgage Arrears | $1,895.68 | $1,895.68 | $0.00 |
| 10 | PA DEPARTMENT OF REVENUE<br>»» 10U | Unsecured Creditors | $77.62 | $39.26 | $38.36 |
| 11 | PA DEPARTMENT OF REVENUE<br>»» 10P | Priority Crediors | $1,029.00 | $1,029.00 | $0.00 |
| 0 | Christopher Anthony Speelman | Debtor Refunds | $286.16 | $286.16 | $0.00 |
| 12 | FARM CREDIT | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | PA HOUSING FINANCE AGENCY | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-12280-PMM**

| 14 | PA STATE EMPCU | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | PA HOUSING FINANCE AGENCY | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | ARCADIA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | FINANCE SYSTEM OF RICHMOND | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | MIDATLANTIC ACA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | NATIONAL RECOVERY AGENCY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,884.96 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $15,519.48 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,365.48 | Total Plan Base: | $16,598.80 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.